UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Armando MELENA RAMIREZ,

Petitioner,

v.

Jeremy CASEY, et al.,

Respondents.

Case No.:  26-cv-1393-AGS-MSB

**ORDER DISMISSING HABEAS PETITION WITH LEAVE TO AMEND**

Unrepresented petitioner Armando Melena Ramirez seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. At this stage, he need only make out a claim that is sufficiently cognizable to warrant an answer or return. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 4 (authorizing summary dismissal "if it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief"); *id.*, Rule 1(b) (permitting application of Rules Governing Section 2254 Cases to any "habeas corpus petition"). In this context, the relevant federal rules permit "summary dismissal of claims that are clearly not cognizable." *Neiss v. Bludworth*, 114 F.4th 1038, 1045 (9th Cir. 2024) (cleaned up).

Melena Ramirez's petition only states that he entered the United States "more than 25 years ago" and that he "was detained" in December "while on his way to work." (ECF 1, at 1.) He does not allege the purported legal basis for his detention, whether he had a bond hearing or the result of any bond hearing, the state of his immigration proceedings, or any other information that indicates his detention is unlawful. So, his petition is **DISMISSED**, but he may try again. Any amended petition is due by **April 10, 2026**.

Dated:  March 10, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1163-AGS-BLM